# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ROSA L.R., | Case No. 26-CV-1148 (NEB/DTS) |
| Petitioner, | |
| v. | |
| PAMELA BONDI, Attorney General, KRISTI NOEM, Secretary, U.S. Department of Homeland Security; TODD M. LYONS, Acting Director of Immigration and Customs Enforcement; and DAVID EASTERWOOD, Acting Director, St. Paul Field Office Immigration and Customs Enforcement; JOEL L. BROTT, Sheriff of Sherburne County, Minnesota, | ORDER |
| Respondents. | |

IT IS HEREBY ORDERED THAT Respondents are ENJOINED from moving Petitioner outside of Minnesota until further order of the Court, so that Petitioner may consult with counsel while the Court is considering the Petition, and so that there is no risk that removal of Petitioner from Minnesota will deprive this Court of jurisdiction over the Petition. If Petitioner has already been removed from Minnesota, Respondents are ORDERED to immediately return Petitioner to Minnesota.

Dated: February 6, 2026  BY THE COURT:
Time: 4:50 p.m.  s/Nancy E. Brasel
 Nancy E. Brasel
 United States District Judge