# UNITED STATES DISTRICT COURT
## District of Minnesota

Rosa Lopez De Rodriguez,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood, Joel L. Brott,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-1148 NEB/DTS

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED. The Court:

   a. DECLARES that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary authority of 8 U.S.C. § 1226;

   b. ORDERS that Respondents release Petitioner from custody in Minnesota as soon as practicable with coordination or at least two hours' advance notice to counsel, but not later than 24 hours after entry of this Order. Respondents' coordination or at least two hours' advance notice to counsel shall include the street address where Petitioner will be released;

c. ORDERS that Respondents release Petitioner in Minnesota with all Petitioner's personal effects, including all personal property seized during Petitioner's arrest such as, but not limited to, Petitioner's driver's license, passport, immigration papers, cell phone, and keys;

d. ORDERS that Respondents not impose any condition of release, including ankle monitors, body-worn GPS, telephonic tracking, or use of the SmartLINK Mobile Application;

e. ORDERS that, within **two days** of release, the Respondents shall file notice on the docket confirming that release within Minnesota has occurred; and

f. ENJOINS Respondents from moving Petitioner outside of Minnesota prior to Compliance with this Order. If Petitioner has already been removed from Minnesota, Respondents are ORDERED to immediately return Petitioner to Minnesota.

Date: 2/10/2026

KATE M. FOGARTY, CLERK